# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## BRIEF DEFICIENCY LETTER - FAILURE TO FILE REQUIRED PAPER COPIES

July 14, 2021

| No. 21-1045 | JEFFREY DUBNOW, <br>     Plaintiff - Appellant <br><br> v. <br><br> DENIS R. MCDONOUGH, Secretary of Veterans Affairs, <br>     Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:19-cv-02423 <br> Northern District of Illinois, Eastern Division <br> District Judge Virginia M. Kendall ||

**To:**

  Alex H. Hartzler
  OFFICE OF THE UNITED STATES ATTORNEY
  219 S. Dearborn Street
  Chicago, IL 60604-0000

The Appellee brief was electronically filed on July 1, 2021. The paper copies of this brief were due to be submitted to the Clerk's Office by July 8, 2021. The paper copies have not been received by this court.

Pursuant to the Electronic Case Filing Procedures (h)(2):

  Filers are also required to submit the necessary number of duplicate paper copies of briefs, appendices and petitions for rehearing, in accordance with Fed. R. App. P. 30(a)(3) and Circuit Rules 31(b) and 40(b). Duplicate paper copies must be received by the Clerk within seven days of the Notice of Docket Activity generated upon acceptance of the electronic

brief or appendices. Duplicate paper copies of petitions for rehearing must be submitted within three days of the Notice of Docket Activity. [amended 05/24/2011]

Submission of the paper copies of the briefs must be accomplished within **seven (7)** days of this notice or the court may issue a Rule of Show Cause order pursuant to Circuit Rule 31.

form name: **c7_Brief_Deficiency_Ltr_PaperCopies**    (form ID: **243**)